[849 NE2d 945, 816 NYS2d 722]

BRENDAN B. KEAVEY, Appellant, v NEW YORK STATE DORMITORY AUTHORITY, Respondent.

Decided May 2, 2006

**APPEARANCES OF COUNSEL**

*Collins & Maxwell*, Buffalo (*Alan D. Voos* of counsel), for appellant.

*Rodgers & Coppola, LLP*, Buffalo (*Patricia S. Walker* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs.

The Appellate Division properly dismissed plaintiff's Labor Law § 240 (1) and § 241 (6) causes of action. The act of falling into a five- to six-inch gap between insulation boards, which were stacked eight-feet tall, is not a gravity-related accident encompassed by Labor Law § 240 (1) (*see Toefer v Long Is. R.R.*, 4 NY3d 399 [2005]; *Rocovich v Consolidated Edison Co.*, 78 NY2d 509 [1991]). Further, plaintiff failed to demonstrate the applicability of any section of the Industrial Code.

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.